FILED

08 MAY 22 AM 9:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SONES, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD MORTGAGE COMPANY; and DOES 1 to 10,<br><br>Defendants. | Case No. 08cv0756 BEN (JMA)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff John Sones has commenced this putative class action against Defendants World Mortgage Company and Does 1 to 10. Dkt. No. 1 (Apr. 25, 2008). Sones and World Mortgage jointly moved for an order allowing an additional 30 days for World Mortgage to respond to the Complaint, on the basis that this action involves complex issues. Dkt. No. 3 (May 20, 2008). Because the parties have shown good cause, the Court grants their joint motion. World Mortgage shall answer or otherwise respond to the Complaint on or before June 26, 2008.

Dated: May __, 2008

Roger T. Benitez
United States District Judge